UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re: )
Daniel M. Kifor, )
) Bankruptcy No. 17-30968 DM
      Debtor )
)
Laura K. Emard, )
)
      Plaintiff )
)
vs. ) Adversary No. 18-03001
)
Daniel M. Kifor )
)
      Defendant )
)
)

## STIPULATION APPOINTING RESOLUTION ADVOCATE AND ASSIGNMENT TO THE BANKRUPTCY DISPUTE RESOLUTION PROGRAM

IT IS HEREBY STIPULATED by and between all parties to the (adversary proceeding) (name of dispute in the main case) entitled herein, that pursuant to B.L.R. 9044-1, this matter be referred to the Bankruptcy Dispute Resolution Program. The parties have conferred and have agreed that the following individuals are mutually acceptable for appointment as Resolution Advocate and Alternate Resolution Advocate in this matter:

| Resolution Advocate: | Alternate: |
|---|---|
| Martha J. Simon | None Selected |
| Name | Name |
| 22 Battery St. | |
| Address | Address |
| San Francisco, CA 94111 | |
| City, State, Zip | City, State, Zip |
| 415-434-1888 | |
| Telephone | Telephone |

The matter concerns (select one):

( ) Breach of Contract     ( ) Classification of Claims     ( ) Construction Issues

(X) Dischargeability     ( ) Injunctive or Declaratory Relief     ( ) Lien Avoidance

( ) Multiple Litigations     ( ) Objection to Claim     ( ) Objection to Plan Confirmation

( ) Preference / Fradulent Conveyance     ( ) Real Estate Issues     ( ) Validity of Lien

( ) Violation of Stay     (X) Other: Plan Objection

The attorneys for the parties are:

Attorney for: Debtor/Defendant
Thomas R. Burns
Name
1390 Market St., Suite 200
Address
San Francisco, CA 94102
415-543-9900
Telephone

Signed *[signature]*
Dated 2/27/18

Attorney for: Plaintiff
Stephen D. Finestone

456 Montgomery St., 20th Flr.
Address
San Francisco, CA 94104
415-421-2624
Telephone

Signed *[signature]*
Dated 2/27/18

*Revised November 2, 2006*