Signed and Filed: February 27, 2018



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In Re:

Daniel M. Kifor,                                  Bankruptcy No. 17-30968

                    Debtor(s)

Laura K. Emard,

                    Plaintiff(s)

v.                                                Adversary No. 18-03001

Daniel M. Kifor,

                    Defendant(s)

## ORDER APPOINTING RESOLUTION ADVOCATE AND ASSIGNMENT TO THE BANKRUPTCY DISPUTE RESOLUTION PROGRAM

The Court, having considered the stipulation of the parties regarding the appointment of a Resolution Advocate,

**IT IS HEREBY ORDERED** that Martha J. Simon is appointed as the Resolution Advocate and (None Selected) is appointed as the Alternate to serve in this matter, which is assigned to the Bankruptcy Dispute Resolution Program in this District.

**IT IS FURTHER ORDERED** that the parties are to comply with the provisions of B.L.R. 9040-1 through B.L.R. 9050-1.

Special Instructions:

END OF ORDER

*REV. MARCH 21, 2017*