Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Tel (415) 421-2624
Fax (415) 398-2820
sfinestone@fhlawllp.com

Attorneys for Plaintiff
Laura Emard

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>DANIEL KIFOR<br><br>      Debtor.<br><br>LAURA EMARD<br><br>      Plaintiff<br>v.<br><br>DANIEL KIFOR<br><br>      Defendant | Case No. 17-30968<br><br>Chapter 13<br><br>Adversary Proceeding No. 18-03001<br><br>**STIPULATION FOR DISMISSAL OF ADVERSARY PROCEEDING** |

Plaintiff Laura Emard ("Emard") and Defendant Daniel Kifor ("Kifor"), having reached an agreement to resolve their disputes and Kifor having prepared for filing an amended plan that incorporates the terms of the agreement between Emard and Kifor, the parties voluntarily stipulate to dismiss this adversary proceeding with the parties to bear their own fees and costs.

Dated: June 6, 2018

                                                  /s/ Thomas R. Burns
                                                Thomas R. Burns
                                                Attorney for Daniel Kifor

| | |
|---|---|
| DATED: June 18, 2018 | FINESTONE HAYES LLP |

/s/ Stephen D. Finestone
Stephen D. Finestone
Attorneys for Laura Emard