

Signed and Filed: June 18, 2018

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Tel (415) 421-2624
Fax (415) 398-2820
sfinestone@fhlawllp.com

Attorneys for Plaintiff
Laura Emard

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>DANIEL KIFOR<br><br>      Debtor.<br><br>LAURA EMARD<br><br>      Plaintiff<br>v.<br><br>DANIEL KIFOR<br><br>      Defendant | Case No. 17-30968<br><br>Chapter 13<br><br>Adversary Proceeding No. 18-03001<br><br>**ORDER FOR DISMISSAL OF ADVERSARY PROCEEDING** |

The parties having reached a settlement and having stipulated to dismissal of this adversary proceeding and good cause appearing:

**IT IS ORDERED** that this adversary proceeding is dismissed with the parties to bear their own fees and costs.

\*\* END OF ORDER \*\*